1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Jorge Rosas-Sosa

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10             **(HONORABLE WILLIAM McCURINE, JR.)**

11 UNITED STATES OF AMERICA,        )   Case No. 08MJ0508
                                    )
12          Plaintiff,               )
                                    )
13 v.                                )   **CERTIFICATE OF SERVICE**
                                    )
14 JORGE ROSAS-SOSA,                )
                                    )
15          Defendant.               )
   _____  )

17     Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                  Robert E. Schroth, Jr.
                robschrothesq@sbcglobal.net; and

19                    U.S. Attorney CR
20              Efile.dkt.gc2@usdoj.gov

21                       Respectfully submitted,

23 DATED:    February 26, 2008       /s/ Elizabeth M. Barros
                                     **ELIZABETH M. BARROS**
24                                   Federal Defenders of San Diego, Inc.
                                     Attorneys for Jorge Rosas-Sosa