UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08CR0651-JLS |
| Plaintiff | ) | 08MJ0508 |
| | ) | ORDER |
| vs. | ) | |
| Jorge Rosas-Sosa | ) | RELEASING MATERIAL WITNESS |
| | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge,    **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Mat. wit: Antelia Bustos-Camacho

DATED: 03/06/08

**William McCurine, Jr.**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
            DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by
Deputy Clerk